IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:16-MJ-1003

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GREGORY S. ELLIOTT, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the outstanding warrant that was issued on 5/4/2016 for failure to appear. Having carefully considered the matter, the warrant issued on 5/4/2016 at docket entry [D.E 12] is hereby STRIKEN.

SO ORDERED, this the 24th day of May, 2016.

_____
United States Magistrate Judge